Manley J. Beardsley, as Administrator, etc., of Eliza Beardsley, Deceased, Appellant, v. Mary Ann Main and Others, Respondents. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements All concurred.

Herman Kessler, Respondent, v. Town of Ashford, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the evidence fails to establish actionable negligence against the defendant. All concurred.

Edward F. Knickerbocker, Appellant, v. General Railway Signal Company, Respondent.—Judgment affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the grounds stated in his dissenting opinion on former appeal in same case, reported at 133 Appellate Division, 787, 791.

City of Rochester, Respondent, v. Edward C. Gutberlett, Appellant.— Application for stay pending appeal to Court of Appeals denied, without costs.

Isabella Cohen, Individually and as Administratrix, etc., Respondent, v. Lazier Gas Engine Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Sam De Matto, Respondent, v. New York Central and Hudson River Railroad Company, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

Stephen Collins and Another, Appellants, v. Delia F. O'Brien and Others, Respondents. In the Matter of the Final Accounting of Frank B. Redfield and One, as Executors, etc., of Constance C. Redfield, Deceased. — The foregoing cases having been twice reached in their regular order and passed, are dismissed, under rule 39 of the General Rules of Practice.

Christopher C. Werner, as Trustee, etc., Appellant, v. The Mohawk Condensed Milk Company and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

---

## THIRD DEPARTMENT, OCTOBER, 1912.

George B. Pattison, as Substituted Trustee, etc., Appellant, v. Kittie Akin Cusack, Individually and as Trustee, etc., Respondent, and Ella F. Cusack, Appellant.—Judgment affirmed, with costs. All concurred.